

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2015

No. 04-14-00729-CV

Jeremiah **TROMBLY**,
Appellant

v.

**DEPARTMENT OF THE AIR FORCE**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000304
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On February 26, 2015, this court denied all motions for submission by oral argument and set this appeal for submission on briefs. On March 4, 2015, Appellant moved this court to reconsider its decision and grant his request for oral argument.

Appellant's motion is DENIED. *See* TEX. R. APP. P. 39.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court